UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| IN RE AFNI, INC. DATA BREACH LITIGATION | Lead Case No. 1:22-cv-01287-JES-JEH |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Marian Caldwell Powell, Leniox Campbell, Leslie Green, Thomas Davis, and Nicole Prochnow (the "Plaintiffs") move for the entry of the Proposed Preliminary Approval Order submitted herewith, which seeks the preliminarily approval of a proposed class action settlement (the "Settlement"), certification of a proposed settlement class (the "Settlement Class"), and approval of a notice plan, as explained herein and in the supporting documents.

1.  Plaintiffs respectfully request that the Court: (1) conditionally certify the Settlement Class for settlement purposes; (2) name Plaintiffs as Class Representatives; (3) appoint Ben Barnow of Barnow and Associates, P.C. and Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, LLC as Class Counsel; (4) grant preliminary approval of the Settlement; (5) approve the proposed Notice and direct its distribution to Settlement Class Members; (6) set deadlines for Settlement Class Members to object or opt out; and (7) schedule a final approval hearing, at which time the Court can consider whether to give final approval to the Settlement.

2.  The terms of the Settlement are set forth in the Settlement Agreement dated March 20, 2023, attached to this Motion as Exhibit A (inclusive of its Exhibits 1–5).

3. The relief sought in this Motion is supported by the Memorandum in Support (submitted herewith), the Declaration of Ben Barnow, attached to this Motion as Exhibit B, and the Declaration of Steven Weisbrot, attached to this Motion as Exhibit C (inclusive of its Exhibit A).

4. Defendant Afni, Inc. does not oppose the relief requested in this motion.

WHEREFORE, Plaintiffs request that the Court enter the proposed Preliminary Approval Order.

Dated: March 20, 2023

Respectfully submitted,

/s/ Ben Barnow
Ben Barnow
Anthony L. Parkhill
Riley W. Prince
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Tel: 312.621.2000
Fax: 312.641.5504
b.barnow@barnowlaw.com
aparkhill@barnowlaw.com
rprince@barnowlaw.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Interim Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed and served via the Court's electronic case filing system on March 20, 2023, on all counsel of record.

    /s/ Ben Barnow
    Ben Barnow