UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| IN RE AFNI, INC. DATA BREACH LITIGATION | Lead Case No. 1:22-cv-01287-JES-JEH |

**PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Marian Caldwell Powell, Leniox Campbell, Leslie Green, Thomas Davis, and Nichole Prochnow (the "Plaintiffs") move for the entry of the Proposed Final Approval Order submitted herewith, which seeks the final approval of a proposed class action settlement (the "Settlement"), certification of a proposed settlement class (the "Settlement Class"), and final appointment of Class Counsel and Class Representatives, as explained herein and in the supporting documents.

1. Plaintiffs respectfully request that the Court: (i) grant final approval of the Settlement Agreement, (ii) order final certification of the Settlement Class for settlement purposes, (iii) find that the Notice Program was carried out as required by the Preliminary Approval Order and that the notice to the Class was sufficient, (iv) appoint Plaintiffs Marian Caldwell Powell, Leniox Campbell, Leslie Green, Thomas Davis, and Nichole Prochnow as Class Representatives, and (v) appoint Ben Barnow of Barnow and Associates, P.C. and Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC as Class Counsel.

2. The relief sought in this Motion is supported by the Memorandum in Support (submitted herewith), the Declaration of Ben Barnow, attached to this Motion as Exhibit 1, and the Declaration of Jonathan P. Shaffer, attached to this Motion as Exhibit 2.

WHEREFORE, Plaintiffs respectfully request that the Court enter the proposed Final Approval Order.

Dated: August 29, 2023

Respectfully submitted,

/s/ Ben Barnow
Ben Barnow
Anthony L. Parkhill
Riley W. Prince
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Tel: 312.621.2000
Fax: 312.641.5504
b.barnow@barnowlaw.com
aparkhill@barnowlaw.com
rprince@barnowlaw.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Class Counsel*

**CERTIFICATE OF SERVICE**

 I certify that a true and correct copy of the foregoing was filed and served via the Court's electronic case filing system on August 29, 2023, on all counsel of record.

             /s/ Ben Barnow
             Ben Barnow