# Exhibit 2

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| IN RE AFNI, INC., DATA BREACH LITIGATION | Lead Case No. 1:22-cv-01287-JES-JEH |

**DECLARATION OF JONATHAN P. SHAFFER
REGARDING NOTICE OF CLASS ACTION SETTLEMENT**

I, JONATHAN P. SHAFFER, hereby declare the following:

1.     I am a Project Manager with Angeion Group, LLC ("Angeion"), located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.     The purpose of this declaration is to provide the Parties and the Court with a summary of the work performed by Angeion to effectuate Notice in the above-captioned case pursuant to the Settlement Agreement and Release ("Agreement") and the Court's Order Granting Preliminary Approval of Class Action Settlement ("Order").

3.     Angeion was retained by the Parties to serve as the Claims Administrator to, among other tasks, disseminate Notice to the Settlement Class; receive and process Claim Forms; establish and maintain a dedicated Settlement website and toll-free line; and perform other duties as specified in the Agreement.

1

**DIRECT NOTICE**

**Class Data**

4.    On May 30, 2023, as ordered by the Court, counsel for the Defendant provided Angeion with an electronic file containing 251,917 records of Class Member Names and mailing addresses. After analyzing the data, Angeion identified a total of 250,811 unique records containing a mailing address.

**Mailed Notice**

5.    On June 14, 2023, Angeion caused the Postcard Notice to be mailed to the 250,811 unique records. A true and correct copy of the mail Postcard Notice is attached hereto as Exhibit A.

6.    Prior to mailing, Angeion caused the mailing list to be updated utilizing the United States Postal Service's ("USPS") National Change of Address database, which provides updated address information for individuals or entities that have moved during the previous four years and filed a change of address with the USPS. Angeion will receive and process mailed Notices returned by the USPS as undeliverable. Notices returned to Angeion by the USPS with a forwarding address will be re-mailed to the new address provided by the USPS. Notices returned to Angeion by the USPS without a forwarding address will be subjected to address verification searches (commonly referred to as "skip traces"), and notices will be re-mailed to any updated addresses identified through the skip trace process.

7.    As of August 29, 2023, Angeion has received 21,208 Notices returned by the USPS as undeliverable. Where an updated address was not provided by the USPS, Angeion conducted skip traces in an attempt to locate updated address information. Angeion re-mailed Notices to 15,769 records for which an updated address was identified through an address verification search.

**CASE SPECIFIC WEBSITE**

8.    On June 13, 2023, Angeion established the following website devoted to this Settlement: www.AfniDataIncidentSettlement.com. This website contains general information about the Settlement, including important dates and deadlines pertinent to this matter, and copies of important documents, including (1) the Preliminary Approval Order, (2) Settlement Agreement, (3) Claim Form, (4) Long Form Notice,  as well as Plaintiffs' (5) Class Action Complaint, (6)

2

Consolidated Class Action Complaint and (7) Motion for Attorneys' Fees, Costs, Expenses, and Service Awards. The Settlement website also has a "Contact" page whereby Class Members can submit questions regarding the Settlement to a dedicated email address: Info@AfniDataIncidentSettlement.com. The Settlement Website address was set forth in the Long Form Notice and Claim Form. A true and accurate copy of the Long Form Notice and Claim Form are attached hereto as Exhibits B and C respectively.

9.     The Settlement website also provides an online claim filing portal whereby Class Members can complete and submit their Claim Form through the Settlement website. Class Members could also choose to download a PDF of the Claim Form to complete and submit it by mail.

10.    As of August 29, 2023, the Settlement website has had approximately 19,047 page views and 9,284 sessions, which represents the number of individual sessions initiated by all users on the website.

**TOLL-FREE NUMBER**

11.    On June 13, 2023, Angeion established the following toll-free line devoted to this case: 1-844-966-4924. The toll-free line utilizes an interactive voice response ("IVR") system to provide Class Members with responses to frequently asked questions and information about filing a claim and important deadline dates. The toll-free line is accessible 24 hours a day, 7 days a week.

12.    As of August 29, 2023, the toll-free number has received approximately 1,039 calls, totaling approximately 4,940 minutes.

**CLAIM FORMS**

13.    The deadline for Class Members to submit a Claim Form is September 12, 2023. Thus, Claim Forms are still being submitted. Claim form submissions are subject to final audits, including the full assessment of each claim's validity and a review for duplicate submissions. Angeion will conduct a final review of all claims and provide the parties with a report as to the number of claims which are determined to be valid, rejected or deficient. Per section III.53 of the Settlement Agreement, Angeion will provide deficient claims a notice by email or mail allowing the Class Member the opportunity to cure their deficiency within 21 days of the notice of deficiency. Angeion

1  will calculate and distribute payments thereafter assuming Final Approval of the Settlement is

2  granted.

3  **REQUESTS FOR EXCLUSION**

4  14.    The deadline for Class Members to request exclusion from the Settlement was August

5  14, 2023.  As of August 29, 2023, Angeion has received 2 requests for exclusion from the Settlement.

6  A list containing the names of the individuals requesting exclusion is attached hereto as Exhibit D.

7  **OBJECTIONS TO THE SETTLEMENT**

8  15.    The deadline for Class Members to object to the Settlement was August 14, 2023.  As

9  of August 29, 2023, Angeion has not been made aware of any objections to the Settlement.

10  **CONCLUSION**

11  I declare under penalty of perjury that the foregoing is true and correct to the best of my

12  knowledge.

13

14  Dated: August 29, 2023

15

16  _____

17  JONATHAN P. SHAFFER

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

**LEGAL NOTICE
ONLY TO BE OPENED
BY THE INTENDED
RECIPIENT**

Afni Data Incident Claims Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

*A federal court has
authorized this Notice.*

*This is not a solicitation
from a lawyer.*

«ScanString»

Postal Service: Please do not mark barcode

Notice ID: «Notice ID»
Confirmation Code: «Confirmation Code»
«FirstName» «LastName»
«Address1»
«Address2»
«City», «StateCd» «Zip»
«CountryCd»

**If Afni, Inc. Notified You of a Data Security Incident, You May Be Eligible for a <u>CASH PAYMENT</u> or Other Benefits from a Class Action Settlement.**
*PLEASE VISIT <u>www.AfniDataIncidentSettlement.com</u> FOR MORE INFORMATION.*

**Why am I receiving this notice?** A class action settlement in the case entitled *In re: Afni, Inc. Data Breach Litigation*, Cause No. 1:22-cv-01287 in the United States District Court for the Central District of Illinois, has been reached between plaintiffs and the defendant, Afni, Inc. ("Afni"). The case concerns a cyberattack on Afni which occurred on or about June 7, 2021 (the "Data Incident"). You are receiving this notice because Afni's records show that your personally identifiable information was potentially compromised as a result of the Data Incident. **The records show that you may be a member of the Settlement Class, defined below.**

**Who's Included in the Settlement Class?** The Settlement Class includes all persons to whom Afni provided notification that his or her personal information was exposed in the Data Incident that occurred on or about June 7, 2021.

**What are the Settlement benefits?** The Settlement provides for payments to people who submit valid claims for reimbursement of: (i) up to 4 hours of lost time spent responding to the Data Incident, at the rate of $25 per hour, (ii) up to $5,000 for any unreimbursed out-of-pocket expenses incurred as a result of the Data Incident, and (iii) two years of three-bureau credit monitoring services; or (iv) an Alternative Cash Payment (estimated to be $60). Please visit **www.AfniDataIncidentSettlement.com** for a full description of Settlement benefits and more information on how to submit a Claim Form. The deadline to submit a Claim Form is **September 12, 2023.**

**What are my options? To receive payment, you much submit a Claim Form by September 12, 2023.** The Claim Form can be found on the website **www.AfniDataIncidentSettlement.com**. If you do not want to be legally bound by the Settlement, you must **opt out** of the Settlement by **August 14, 2023**. If you want to **object** to the Settlement, you must file an objection by **August 14, 2023**. The Long Notice available on the Settlement Website explains how to submit a Claim Form, opt out, or object.

**The Court's Fairness Hearing.** The Court will hold a Fairness Hearing on **September 12, 2023,** to consider whether to approve the Settlement, a request for attorneys' fees, costs, and expenses for Plaintiffs' counsel, and service awards for the Settlement Class Representatives. You may appear at the hearing, either yourself or through an attorney hired by you, but it is not required. More information is available on the website.

For more information, please visit **www.AfniDataIncidentSettlement.com** or call toll-free 844-966-4924

Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AFNI, INC. DATA BREACH LITIGATION | Lead Case No. 1:22-cv-01287-JES-JEH |

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

*THIS IS A COURT-AUTHORIZED NOTICE. IT IS NOT A NOTICE OF A LAWSUIT AGAINST YOU OR A SOLICITATION FROM A LAWYER.*

### PLEASE READ THIS NOTICE CAREFULLY

**To:**     **All persons who were notified by Afni, Inc. ("Afni") that their personal information was exposed as a result of the cyberattack on Afni on or about June 7, 2021 (the "Data Incident"), referred to herein as the "Settlement Class";**

A proposed Settlement has been reached in a class action lawsuit against Afni. The lawsuit asserted claims against Afni arising out of or related to a cyberattack against Afni on or about June 7, 2021.

If you are a member of the Settlement Class, you have the following options:

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM BY SEPTEMBER 12, 2023** | You must submit a valid claim form to receive credit monitoring services from Settlement, reimbursement for unreimbursed time or expenses, or an Alternative Cash Payment. |
| **DO NOTHING** | You will receive no benefits from the Settlement and will no longer be able to sue the Released Parties,[1] including Afni, over the claims resolved in the Settlement. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT BY AUGUST 14, 2023** | You will receive no benefits from the Settlement, but you will retain your legal claims against the Released Parties. |
| **OBJECT BY AUGUST 14, 2023** | Write to the Court about why you do not like the Settlement. You must remain in the Settlement Class to object to the Settlement. |
| **GO TO A HEARING ON SEPTEMBER 12, 2023** | Ask to speak in Court about the fairness of the Settlement. |

No payments or other settlement benefits will be issued until after the Court gives final approval to the Settlement and any appeals are resolved.

**Please review this notice carefully.** You can learn more about the Settlement by visiting **www.AfniDataIncidentSettlement.com** or by calling 1-844-966-4924.

---

[1] The Released Parties are Afni and each and every of its respective predecessors, successors, assigns, parents, subsidiaries, divisions, affiliates, departments, and any and all of their past, present, and future officers, directors, members, managers, employees, shareholders, partners, servants, agents, successors, attorneys, representatives, insurers, reinsurers, subrogees and assigns of any of the foregoing.

## **Further Information about this Notice and the Lawsuit**

| **1.      Why was this Notice issued?** |
| --- |

You received this notice because you may be a member of the Settlement Class eligible to receive benefits from a proposed settlement of the class action lawsuit *In re: Afni, Inc. Data Breach Litigation*, Cause No. 1:22-cv-01287 in the United States District Court for the Central District of Illinois (the "Lawsuit"). The Court overseeing the Lawsuit authorized this Notice to advise Settlement Class Members about the proposed Settlement that will affect their legal rights. The Notice explains certain legal rights and options you have in connection with that Settlement.

| **2.      What is the Lawsuit about?** |
| --- |

The Lawsuit is a proposed class action lawsuit brought on behalf of all persons whose personally identifiable information was compromised as a result of the Data Incident, and who were sent written notices of the Data Incident by Afni.

| **3.      Why is the Lawsuit a class action?** |
| --- |

In a class action, one or more representative plaintiffs bring a lawsuit for others who are alleged to have similar claims. Together, these people are the "class" and each individually is a "class member." There are five Plaintiffs (or Representative Plaintiffs) in this case: Marian Caldwell Powell, Leniox Campbell, Leslie Green, Thomas Davis, and Nicole Prochnow.

| **4.      Why is there a Settlement?** |
| --- |

The Plaintiffs in the Lawsuit, through their attorneys, investigated the facts and law relating to the issues in the Lawsuit. The Plaintiffs and Class Counsel believe that the settlement is fair, reasonable, and adequate and will provide substantial benefits to the Settlement Class. The Court has not decided whether the Plaintiffs' claims or Afni's defenses have any merit, and it will not do so if the proposed Settlement is approved. By agreeing to settle, both sides avoid the cost and risk of a trial, and people who submit valid claims will receive benefits from the Settlement. The Settlement does not mean that Afni did anything wrong, or that the Plaintiffs and the Settlement Class would or would not win the case if it were to go to trial.

## **Terms of the Proposed Settlement**

| **5.      Who is in the Settlement Class?** |
| --- |

The Settlement Class is defined as all persons to whom Afni provided notification that their personal information was exposed in the Data Incident that occurred on or about June 7, 2021.

Excluded from the Settlement Class are: (1) the judges presiding over the Lawsuit and their direct family members; (2) Settlement Class Members who submit a valid a Request for Exclusion prior to the Opt-Out Deadline; (3) Afni and its respective Officers and Directors; and (4) any other Person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding, or abetting the Data Incident or who pleads *nolo contendere* to any such charge.

---

| 6. | What are the Settlement Benefits? |
|---|---|

**Compensation for Unreimbursed Losses**

The Settlement provides compensation for the following unreimbursed losses, up to a total of $5,000 per member of the Settlement Class:

1. **Time Spent:** Up to 4 hours of lost time at a rate of $25.00 per hour for time spent dealing with the Data Incident; and

2. **Out-of-Pocket Expenses or Losses:** Out-of-pocket expenses incurred as a result of the Data Incident, including: bank fees, long distance phone charges, cell phone charges (only if charged by the minute), data charges (only if charged based on the amount of data used), postage, or gasoline for local travel, fees for credit June 7, 2021 through September 12, 2023, compensation for proven monetary loss, professional fees including attorneys' fees, accountants' fees, fees for credit repair services incurred as a result of the Data Incident, and other out-of-pocket losses reasonably incurred as a result of the Data Incident.

Compensation for lost time requires only an attestation that any claimed lost time was spent related to the Data Incident.

Compensation for unreimbursed losses (except for lost time), shall be paid only if: (1) the loss is an actual, documented,[2] and unreimbursed monetary loss; (2) the loss was more likely than not caused by the Data Incident; and (3) the Settlement Class Member made reasonable efforts to avoid, or seek reimbursement for, the loss, including but not limited to exhaustion of all available credit monitoring insurance and identity theft insurance.

3. **Credit Monitoring and Identity Theft Protection Services:** Settlement Class Members who do not opt for the Alternative Cash Payment are eligible to receive two years of Credit Monitoring and Identity Theft Protection Services free of charge. The Credit Monitoring and Identity Theft Protection Services will be provided to all valid claimants who timely enroll in these services for a period of two years from the date of activation, including daily three-bureau credit monitoring with Equifax, Experian, and TransUnion; identity restoration services; and $1 million in identity theft insurance, among other features.

**Alternative Cash Payment**

As an alternative to a claim for Unreimbursed Losses, Lost Time, and/or Credit Monitoring, Settlement Class Members may also submit a claim to receive a pro rata cash payment from the Settlement Fund ("Alternative Cash Payment"). The amount of the Alternative Cash Payment will be calculated in accordance with the Settlement Agreement, which provides for a distribution of the Settlement Fund to first cover other costs and then distribute the remaining funds evenly amongst Settlement Class Members who elected to receive an Alternative Cash Payment.

---

[2] Self-prepared documents, such as handwritten receipts, are, by themselves, insufficient to receive reimbursement.

| 7. | What claims are Settlement Class Members giving up under the Settlement? |
|----|---|

Settlement Class Members who do not validly exclude themselves from the Settlement will be bound by the Settlement Agreement and Release ("Settlement Agreement"), and any final judgment entered by the Court, and will give up their right to sue the Released Parties for the claims being resolved by the Settlement.

The claims that are being released and the persons and entities being released from those claims are described in the Settlement Agreement. To view the Settlement Agreement, please visit **www.AfniDataIncidentSettlement.com**.

## <u>Your Options as a Settlement Class Member</u>

| 8. | If I am a Settlement Class Member, what options do I have? |
|----|---|

If you are a Settlement Class Member, you do not have to do anything to remain in the Settlement. However, if you want to obtain the benefits available to Settlement Class Members under the Settlement, you **must** complete and submit a Claim Form postmarked or submitted online by **September 12, 2023**. You may download or submit a Claim Form online at **www.AfniDataIncidentSettlement.com**.

If you do not want to give up your right to sue the Released Parties related to the Data Incident or the issues raised in this case, you must exclude yourself (or "opt out") from the Settlement Class. See Question 12 below for instructions on how to exclude yourself.

If you object to the settlement, you must remain a Settlement Class Member (*i.e.*, you may not also exclude yourself from the Settlement Class by opting out) and file a written objection in this case with the Court. (See Question 20 below.) If you object, you must still submit a claim if you want compensation for unreimbursed losses or credit monitoring services.

| 9. | What happens if I do nothing? |
|----|---|

If you do nothing, you will get no benefit from this Settlement. Unless you exclude yourself, after the Settlement is granted final approval and the judgment becomes final, you will be bound by the judgment and you will never be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against the Released Parties related to the claims released by the Settlement.

| 10. | How do I submit a claim? |
|----|---|

You may complete the Claim Form online at **www.AfniDataIncidentSettlement.com.** You may also obtain a paper Claim Form by downloading it at **www.AfniDataIncidentSettlement.com** or by calling the claims administrator at **1-844-966-4924**. If you choose to complete a paper Claim Form, you may either submit the completed and signed Claim Form and any supporting materials electronically at **www.AfniDataIncidentSettlement.com** or mail them to:

Afni Data Incident Claims Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

| 11. | Who decides my Settlement claim and how do they do it? |

The Claims Administrator will initially decide whether a Claim Form is complete and valid and includes all required documentation. The Claims Administrator may require additional information from any claimant. Failure to timely provide all required information will invalidate a claim and it will not be paid.

| 12. | How do I exclude myself from the Settlement? |

You must make a signed written request that (i) the name of the Lawsuit; (2) your full name and current address; (3) your personal signature; and (4) the words "Request for Exclusion" or a comparable statement that you do not wish to participate in the Settlement. You must send your request by **August 14, 2023**, to this address:

Afni Data Incident Claims Administrator
Attn: Exclusions
P.O. Box 58220
Philadelphia, PA 19102

| 13. | If I exclude myself, can I receive a benefit from this Settlement? |

No. If you exclude yourself, you will not be entitled to any Settlement benefits. However, you will also not be bound by any judgment in this Lawsuit.

| 14. | If I do not exclude myself, can I sue the Released Parties for the Data Incident later? |

No. Unless you exclude yourself, you give up any right to sue the Released Parties for the claims that this Settlement resolves. You must exclude yourself from the Settlement Class to start your own lawsuit or to be part of any different lawsuit relating to the claims in this case. If you exclude yourself, do not submit a Claim Form requesting a benefit from this Settlement.

| 15. | How do I object to the settlement? |

All Settlement Class Members who do not request exclusion from the Settlement Class have the right to object to the Settlement or any part of it. You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a different settlement; the Court can only approve or reject the Settlement. If the Court denies approval, no Settlement benefits will be sent out and the lawsuit will continue.

Any objection to the proposed Settlement must be in writing and it and any supporting papers must be filed with the Court and a copy mailed to Class Counsel and Afni's Counsel at the addresses listed below.

| Class Counsel | Afni's Counsel |
|---|---|
| Ben Barnow<br>**BARNOW AND ASSOCIATES, P.C.**<br>205 West Randolph Street, Ste. 1630<br>Chicago, IL 60606<br><br>Gary M. Klinger<br>**MILBERG COLEMAN BRYSON**<br>**PHILLIPS GROSSMAN, PLLC**<br>227 W. Monroe Street,<br>Ste. 2100, Chicago, IL 60606 | James Monagle<br>**Mullen Coughlin LLC**<br>309 Fellowship Rd Suite 200<br>Mt. Laurel, NJ 08054 |

For more information visit www.AfniDataIncidentSettlement.com or call toll-free 1-844-966-4924

Objections must be filed or postmarked no later than **August 14, 2023**.

To be considered by the Court, your objection must include: (a) the title of the case; (b) your name, address, and telephone number; (c) all legal and factual bases for your objection; (d) copies of any documents that you want the Court to consider; (e) whether your objection applies only to you, to a specific subset of the class, or to the entire class; (f) the name of any attorneys representing you; (g) whether you (or your attorney) intends to appear at the Final Approval Hearing; (h) a list of all other cases in which you and/or your attorney has objected to a class action settlement; and (i) your signature or your attorney's signature.

Should you wish to appear at the Final Approval Hearing, you must so state, and must identify any documents or witnesses you intend to call on your behalf.

If you fail to object in this manner, you will be deemed to have waived and forfeited any and all rights you may have to appear separately and/or to object to the Settlement Agreement, and you shall be bound by all the terms of the Settlement Agreement and by all proceedings, orders, and judgments in the Litigation. The exclusive means for any challenge to the Settlement Agreement shall be through the provisions set forth in this paragraph. Without limiting the foregoing, any challenge to the Settlement Agreement, the Final Judgment and Order approving this Settlement Agreement, or the judgment to be entered upon final approval shall be pursuant to appeal under the Federal Rules of Appellate Procedure and not through a collateral attack.

## Court Approval of the Settlement

| 16. | How, when, and where will the Court decide whether to approve the Settlement? |
|---|---|

The Court will hold a Final Approval Hearing to decide whether to approve the Settlement. That hearing is scheduled for **September 12, 2023,** at **10:00 A.M.,** at the United States District Courthouse, Central District of Illinois, 204 U.S. Courthouse, 100 N.E. Monroe Street, Peoria, IL 61602. At the Final Approval Hearing, the Court will consider whether the settlement is fair, reasonable, and adequate. If there are timely objections, the Court will consider them and will listen to people who have properly requested to speak at the hearing. The Court may also consider Plaintiffs' request for attorneys' fees, costs, and expenses, and Plaintiffs' request for service awards for the Representative Plaintiffs. After the hearing, the Court will decide whether to approve the Settlement.

It is possible the Court could reschedule the hearing to a different date or time without notice, so it is a good idea before the hearing to check **www.AfniDataIncidentSettlement.com** to confirm the schedule if you wish to attend.

| 17. | Do I have to attend the hearing? |
|---|---|

No. You do not need to attend the hearing unless you object to the Settlement and wish to appear in person. It is not necessary to appear in person to make an objection; the Court will consider any written objections properly submitted pursuant to the instructions in Question 15. You or your own lawyer are welcome to attend the hearing at your expense, but you are not required to do so.

| 18. | What happens if the Court approves the Settlement? |
|---|---|

If the Court approves the Settlement, there may still be appeals. If an appeal is taken, it is possible the Settlement could be disapproved on appeal. We do not know how long this process may take.

**19.    What happens if the Court does not approve the Settlement?**

If the Court does not approve the Settlement, there will be no Settlement benefits available to Settlement Class Members, Class Counsel, or the Plaintiffs, and the case will proceed as if no Settlement had been attempted.

## Lawyers for the Settlement Class and Afni

**20.    Who represents the Settlement Class?**

The Court has appointed the following Class Counsel to represent the Settlement Class in this Lawsuit:

Ben Barnow
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Ste. 1630
Chicago, IL 60606

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Ste. 2100
Chicago, IL 60606

Settlement Class Members will not be charged for the services of Class Counsel; Class Counsel will be paid by Afni out of the Settlement Fund, subject to Court approval. However, you may hire your own attorney at your own expense to advise you in this matter or represent you in making an objection or appearing at the Final Approval Hearing.

**21.    How will the lawyers for the Settlement Class be paid?**

Plaintiffs will seek an order from the Court requesting that attorneys' fees be awarded to Class Counsel in the amount of no more than one-third of the Settlement Fund and may seek reimbursement of litigation costs and expenses in an amount not to exceed $30,000 (the "Class Counsel Payment").

Plaintiffs will also seek an order from the Court requesting that Service Awards in the amount of $2,500 be awarded to each Representative Plaintiff for their time and effort expended on behalf of the Settlement Class in the Litigation.

If the Court awards the Class Counsel Payment or the Service Awards described above, the Court's award(s) will not affect any benefits provided to Settlement Class Members or Plaintiffs.

## For Further Information

| 22.    What if I want further information or have questions? |
| --- |

For additional information, please visit **www.AfniDataIncidentSettlement.com**. You may also contact the Claims Administrator by mail, email or phone:

Mail:
Afni Data Incident Claims Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

Email:
Info@AfniDataIncidentSettlement.com

Phone:
1-844-966-4924

**PLEASE DO NOT CONTACT THE COURT OR AFNI'S COUNSEL FOR INFORMATION REGARDING THIS SETTLEMENT.**

Exhibit C

<table>
<tr><td>

**Your claim must be submitted online or <u>postmarked by</u>: September 12, 2023**

</td><td>

## CLAIM FORM FOR DATA BREACH SETTLEMENT

*In Re: Afni, Inc. Data Breach Litigation*
Cause No. 1:22-cv-01287

</td><td>

**AFNI**

</td></tr>
</table>

### USE THIS FORM <u>ONLY IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS</u> TO MAKE A CLAIM FOR A CASH PAYMENT OR IDENTITY THEFT PROTECTION AND CREDIT MONITORING SERVICES AND COMPENSATION FOR UNREIMBURSED LOSSES

### GENERAL INSTRUCTIONS

If you were notified by Afni, Inc. ("Afni") that your Personal Identifiable Information ("PII") including your name, address, date of birth, social security number, and/or financial account information was exposed as a result of the cyberattack on Afni on or about June 7, 2021 ("Data Incident"), you are a member of the Settlement Class and are eligible to complete this Claim Form to request two years of identity protection and credit monitoring service free of charge, compensation for up to 4 hours of lost time at a rate of $25.00 per hour, and/or compensation for other unreimbursed losses, up to a total of $5,000 ("Unreimbursed Losses"). As an alternative to making a claim for Unreimbursed Losses, Lost Time, or Credit Monitoring, you may elect to receive an Alternative Cash Payment (estimated to be $60), which will be determined based on the amount remaining in the Settlement Fund after the amounts in the Settlement Fund have been distributed in accordance with the Settlement Agreement.

Please read the claim form carefully and answer all questions. Failure to provide required information could result in a denial of your claim.

This Claim Form may be submitted electronically via the Settlement Website at www.AfniDataIncidentSettlement.com or completed and mailed to the address below. Please type or legibly print all requested information, in blue or black ink. Mail your completed Claim Form, including any supporting documentation, by U.S. mail to:

*Afni, Inc. Data Incident Claims Administrator*
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

---

### I. CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name and contact information below. You must notify the Claims Administrator if your contact information changes after you submit this form.

| | |
|---|---|
| **First Name** | **Last Name** |

**Street Address**

| | | |
|---|---|---|
| **City** | **State** | **Zip Code** |

| | |
|---|---|
| **Email Address** | **Telephone Number** |

**Questions? Visit: www.AfniDataIncidentSettlement.com or call 1-844-966-4924**

<table>
<tr><td>

**Your claim must be submitted online or <u>postmarked by</u>: September 12, 2023**

</td><td>

# CLAIM FORM FOR DATA BREACH SETTLEMENT

*In Re: Afni, Inc. Data Breach Litigation*
Cause No. 1:22-cv-01287

</td><td>

**AFNI**

</td></tr>
</table>

## II. PROOF OF CLASS MEMBERSHIP

☐  Check this box to certify that you received notification from Afni that your PII might have been compromised in the Data Security Incident that occurred on or about June 7, 2021.

Enter the Notice ID Number provided on your Notice <u>or</u> the last four digits of your Social Security Number:

| | |
|---|---|
| **Notice ID Number** | **Social Security Number (last four digits only)** |

## III. ALTERNATIVE CASH PAYMENT

☐  Check this box if you wish to receive an Alternative Cash Payment in lieu of payment for Unreimbursed Losses, Lost Time, and/or Credit Monitoring. The amount of the Alternative Cash Payment will depend on the amount of claims for Alternative Cash Payments and the amount of funds remaining in the Settlement Fund after all other distributions have been made, as outlined in the Settlement Agreement.

## IV. IDENTITY THEFT PROTECTION

☐  Check this box if you did not select the Alternative Cash Payment above and wish to receive two years of free identity protection and credit monitoring service.

## V. COMPENSATION FOR LOST TIME

All members of the Settlement Class, who did not select the alternative cash payment above, and who have spent time dealing with the Data Incident may claim up to four (4) hours for lost time at a rate of $25.00 per hour. Any payment for lost time is included in the $5,000.00 cap per Settlement Class member. No documentation is required.

**Hours claimed (up to four hours)**     ☐ **1 Hour ($25.00)**     ☐ **2 Hours ($50.00)**

☐ **3 Hours ($75.00)**     ☐ **4 Hours ($100.00)**

☐  I attest and affirm to the best of my knowledge and belief that any claimed lost time was spent related to the Data Incident.

**Questions? Visit: www.AfniDataIncidentSettlement.com or call 1-844-966-4924**

<table>
<tr><td>**Your claim must be submitted online or <u>postmarked by</u>: September 12, 2023**</td><td>**CLAIM FORM FOR DATA BREACH SETTLEMENT**<br><br>*In Re: Afni, Inc. Data Breach Litigation*<br>Cause No. 1:22-cv-01287</td><td>**AFNI**</td></tr>
</table>

## VI.  UNREIMBURSED LOSSES

All members of the Settlement Class, who did not select the alternative cash payment above, who submit a Valid Claim using this Claim Form are eligible for reimbursement of the following **documented** out-of-pocket expenses, not to exceed $5,000.00 per member of the Settlement Class, that were incurred as a result of the Data Incident:

| Cost Type<br>(Fill all that apply) | Approximate Date of Loss | Amount of Loss |
|---|---|---|
| ☐ Out-of-pocket expenses incurred as a result of the Data Incident, including bank fees, long distance phone charges, cell phone charges (only if charged by the minute), data charges (only if charged based on the amount of data used), postage, or gasoline for local travel. | ___ ___/___ ___/___ ___ ___ ___<br>(mm/dd/yyyy) | $___,___ ___ ___.___ ___ |
| **Examples of Supporting Documentation:** *Phone bills, gas receipts, postage receipts; detailed list of locations to which you traveled (i.e., police station, IRS office), indication of why you traveled there (i.e., police report or letter from IRS re: falsified tax return) and number of miles you traveled.* | | |
| ☐ Fees for credit reports, credit monitoring, or other identity theft insurance product purchased on or after June 7, 2021 through September 12, 2023. | ___ ___/___ ___/___ ___ ___ ___<br>(mm/dd/yyyy) | $___,___ ___ ___.___ ___ |
| **Examples of Supporting Documentation:** *Receipts or account statements reflecting purchases made for Credit Monitoring or Identity Theft Insurance Services.* | | |
| ☐ Compensation for proven monetary loss, professional fees including attorneys' fees, accountants' fees, and fees for credit repair services incurred as a result of the Data Incident. | ___ ___/___ ___/___ ___ ___ ___<br>(mm/dd/yyyy) | $___,___ ___ ___.___ ___ |
| **Examples of Supporting Documentation:** Receipts or account statements reflecting purchases made for Credit Monitoring or Identity Theft Insurance Services. | | |

**Questions? Visit: www.AfniDataIncidentSettlement.com or call 1-844-966-4924**

<table>
<tr><td>

**Your claim must be submitted online or <u>postmarked by</u>: September 12, 2023**

</td><td>

**CLAIM FORM FOR DATA BREACH SETTLEMENT**

*In Re: Afni, Inc. Data Breach Litigation*
Cause No. 1:22-cv-01287

</td><td>

**AFNI**

</td></tr>
</table>

## VII.  PAYMENT SELECTION

Please select **<u>one</u>** of the following payment options, which will be used should you be eligible to receive a settlement payment:

☐ **PayPal** - Enter your PayPal email address: _____

☐ **Venmo -** Enter the mobile number associated with your Venmo account: __ __ __-__ __ __-__ __ __ __

☐ **Zelle -** Enter the mobile number or email address associated with your Zelle account:
Mobile Number: __ __ __-__ __ __-__ __ __ __   or Email Address: _____

☐ **Physical Check -** Payment will be mailed to the address provided above.

## VIII.  ATTESTATION & SIGNATURE

I swear and affirm under the laws of my state that the information I have supplied in this Claim Form is true and correct to the best of my recollection, and that this form was executed on the date set forth below.

_____        _____        _____
Signature                                    Printed Name                                      Date

**Questions? Visit: www.AfniDataIncidentSettlement.com or call 1-844-966-4924**

Exhibit D

## Exclusion List

| COUNT | FIRST NAME | LAST NAME |
|---|---|---|
| 1 | GAIL A. | PRATHER |
| 2 | KAREN | SALK |